IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVGENY LUSHPIN, <br><br> Plaintiff, <br> v. <br><br> HONGSHENGGONGCHENGJIXIE ET AL., <br><br> Defendants. | Civil Action No. <br><br> 25-cv-01015 <br><br> (Judge Wiegand) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through its undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendants: Extraordinary Art Decorative Painting, FARFRE ART, Firefly decoration painting, Manjing Gallery, Oil Painting Housez, Romantic Wall Art, The House of Poster Art, ziqi cushion, ZUZUAI, with each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: October 8, 2025

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899
courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143

(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff